# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DAVID P. KENNEDY**, | Case No.: 3:12-cv-892-CL |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **JEFF E. THOMAS, et al.**, | |
| Defendants. | |

Based upon the record,

**IT IS ADJUDGED** that this case is **DISMISSED** with prejudice.

Dated this 12th day of April, 2013.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge